===============================================================================

***** UNITED STATES DISTRICT COURT *****

_NORTHERN_ DISTRICT OF _NEW YORK_

**PARTIAL JUDGMENT IN A CIVIL CASE**

DOCKET NO: 1:03-cv-951 (RFT)

**UNITED STATES OF AMERICA**

    Plaintiff,

**TIMMONS CORPORATION, et al.,**

    Defendant(s).

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_XX\_\_\_ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment is GRANTED. ORDERED that the Defendants pay costs and interest totaling $1,246,399.99. ORDERED that a declaratory judgment be entered for the Plaintiff, all in accordance with the Memorandum Decision and Order signed by the Hon. Randolph F. Treece, US Magistrate Judge on 2/8/06.

DATE: _February 8, 2006_            _LAWRENCE K. BAERMAN_
                                                      CLERK OF THE COURT

                                               s/Britney Norton
                                   By: _____
                                                         DEPUTY CLERK